# United States Bankruptcy Court
## Southern District of Ohio

| | | | |
|---|---|---|---|
| In re | **Rachieka R WInchester** | Case No. | 15-54184 |
| | Debtor(s) | Chapter | **13** |

## Notice of Change of Address

Debtor's Social Security Number:    XXX-XX-9224

**My (Our) Former Mailing Address and Telephone Number was:**

Name:    **Rachieka R WInchester**

Street:    4467 Bimini Drive

City, State and Zip:    Gahanna, Ohio 43230

Telephone #:

**Please be advised that effective     May    , 2017    ,**
**my (our) new mailing address and telephone number is:**

Name:    **Rachieka R WInchester**

Street:    **685 Wilke PL**

City, State and Zip:    **Gahanna, Ohio 43230**

Telephone #:

/s/ **Rachieka R WInchester**
**Rachieka R WInchester**
Debtor